## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE:

MCCARTHY BARNES, JR.                    Case No.: 14-36455-KRH
                                        Chapter 7
      Debtor

_____

AMERICREDIT FINANCIAL SERVICES, INC.,
d/b/a GM FINANCIAL

      Plaintiff

v.

MCCARTHY BARNES, JR.

      Debtor/Defendant

### ANSWER

COMES NOW, McCarthy Barnes, Jr., (Debtor/defendant), by counsel, and answers as follows:

1. Debtor/defendant admits the allegations contained in paragraphs 1, 2, 3 and 4 of Plaintiff's Complaint.

2. Debtor/defendant is without sufficient information to admit or deny the allegations contained in paragraphs 5, 6, 7 and 8 of Plaintiff's Complaint.

3. Debtor/defendant hereby joins in the Motion for Relief from Stay filed herein by Plaintiff.

Yvonne Cochran, VSB #26015
COCHRAN LAW FIRM, P.C.
4509 West Broad Street
Richmond, Virginia  23230
(804 358-2222
*Counsel for Debtor/Defendant*

WHEREFORE, Debtor/defendant asks that Plaintiff's Motion be granted, and that he have such other relief as the Court deems just and proper.

        MCCARTHY BARNES, JR.

By: /s/ Yvonne Cochran
Yvonne Cochran, VSB #26015
COCHRAN LAW FIRM, P.C.
4509 West Broad Street
Richmond, VA 23230
(804) 358-2222
*Counsel for Debtor/Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2014, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Answer by first class mail, postage prepaid:

Sara A. John, Esquire
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
*Counsel for Plaintiff*

Harry Shaia, Jr., Trustee
8550 Mayland Avenue
Richmond, VA 23294

/s/ Yvonne Cochran
Yvonne Cochran, VSB #26015